NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kit B. LEE,<br><br>      Plaintiff,<br><br>v.<br><br>SUNRISE SENIOR LIVING, INC.,<br><br>      Defendants. | Civ. No. 09-5720<br><br>ORDER |

THOMPSON, U.S.D.J.

      This matter comes before the Court upon the Magistrate Judge's Report and Recommendation that Plaintiff be sanctioned for discovery violations [docket # 84]. The Court has considered the Report and the various submissions by Plaintiff Kit B. Lee addressing the discovery dispute. We find, for the reasons set forth in the Magistrate Judge's Report, that sanctions are warranted for Plaintiff's failure to appear for her deposition. Therefore, we will adopt the Magistrate Judge's recommendation.

      Accordingly, IT IS on this 13th day of April, 2011,

      ORDERED that sanctions be granted against Plaintiff Kit B. Lee in the amount of $1,556.39; and it is

      ORDERED that, as a further sanction, Plaintiff's Complaint [docket # 1] be DISMISSED with prejudice; and it is

      ORDERED that this case is CLOSED.

      */s/ Anne E. Thompson*
      ANNE E. THOMPSON, U.S.D.J.